UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA COMPEAN<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-1447-GSA<br><br>**ORDER ACKNOWLEDGING STIPULATION AND SETTING DEADLINE** |

The parties stipulate to a 60-day extension of time to July 26, 2022 for Plaintiff to file her motion for summary judgment due to counsel's workload.

The scheduling order provides for a 28-day extension without leave of court. In future, counsel should avail themselves of that extension before seeking longer extensions. Doc. 17 at 3.

Moreover, the parties included a signature block in the stipulation for Judge Thurston (now a District Judge), and presumably sent the stipulation to her chambers rather to the chambers of the undersigned who was reassigned to this matter several months prior to the stipulation. Doc. 11.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file a motion for summary judgment is extended to and including July 26, 2022.

IT IS SO ORDERED.

Dated: __**June 17, 2022**__          __/s/ Gary S. Austin__
                                       UNITED STATES MAGISTRATE JUDGE